VINCENT H. CHIEFFO (SBN 49069)
RAYMOND B. KIM (SBN 162756)
WENDY M. MANTELL (SBN 225544)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
ChieffoV@gtlaw.com; KimR@gtlaw.com;
MantellW@gtlaw.com

Attorneys for Plaintiff
Aurora World, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA WORLD, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TY, INC.,<br><br>Defendants. | CASE NO. CV09-8463 MMM (Ex)<br><br>**DECLARATION OF WENDY M. MANTELL IN SUPPORT OF AURORA WORLD, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Filed concurrently with Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities Declarations of Monica Fitzhugh and Michael Kessler, [Proposed] Injunction]<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 780<br>Judge: Hon. Margaret M. Morrow |

1

**DECLARATION OF WENDY M. MANTELL**

LA 128,537,046v1 11-18-09

## **DECLARATION OF WENDY M. MANTELL**

I, Wendy M. Mantell, declare as follows:

1. I am an attorney in the law firm of Greenberg Traurig, LLP, counsel of record for Aurora World, Inc. ("Aurora World") in the above-captioned action. I am licensed to practice law in the State of California. I have personal knowledge of the following facts, and if called to testify in this action, could and would testify as to the truth of such facts.

2. Attached hereto as Exhibit A is a true and correct copy of an October 12, 2009 letter from Vincent Chieffo of our office to Ty, Inc., the defendant in this action.

3. Attached hereto as Exhibit B is a true and correct copy of an October 16, 2009 response to Mr. Chieffo's letter from James P. White of Husch Blackwell Sanders Welsh & Katz, LLP, which represents Ty, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 18th day of November, 2009 at Santa Monica, California.

_____
Wendy M. Mantell

2

# PROOF OF SERVICE

**STATE OF CALIFORNIA,**

**COUNTY OF LOS ANGELES:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On November 19, 2009, I served copies of **DECLARATION OF WENDY M. MANTELL IN SUPPORT OF AURORA WORLD, INC.'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| DONNA M SNOPEK<br>280 CHESTNUT AVE.<br>WESTMONT, IL 60559 | James P. White<br>Husch Blackwell Sanders Welsh & Katz, LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606-3912 |

☒ **(BY ELECTRONIC MAIL)**

On the below date prior to 5:00 p.m. PST, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

☒ **(BY PERSONAL SERVICE)**

I caused to be delivered such envelope by hand to the addressee noted above. Executed on November 19, 2009, at Santa Monica, California.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2009, at Santa Monica, California.

ALMA R. RINCON

**DECLARATION OF WENDY M. MANTELL**

LA 128,537,046v1 11-18-09